**Order entered March 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01372-CR

**AKEEM PARRILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81285-2011**

## ORDER

The clerk's record does not contain the trial court's certification of appellant's right to appeal. Accordingly, the Court **ORDERS** the Collin County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the certification of appellant's right to appeal.

We **GRANT** appellant's February 28, 2013 motion to extend time to file his brief and **ORDER** appellant's brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ray Wheless, Presiding Judge, 366th Judicial District Court; Collin County District Clerk; and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE